**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DONALD J. KRAUSS et al.,** | : | |
| *Plaintiffs*, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **IRIS USA, INC. et al.,** | : | **No. 17-778** |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this 20th day of November, 2017, upon consideration of Defendant KV Load's Motion to Dismiss (Doc. No. 31), the Plaintiffs' Second Amended Complaint (Doc. No. 36), Defendant KV Load's Motion to Strike the Plaintiffs' Second Amended Complaint (Doc. No. 37), and the Plaintiffs' Motion for Leave to File the Second Amended Complaint (Doc. No. 41), it is **hereby ORDERED** that:

1. The Plaintiffs' Motion for Leave to File the Second Amended Complaint (Doc. No. 41) is **GRANTED**.

2. Defendant KV Load's Motion to Strike the Second Amended Complaint (Doc. No. 37) is deemed **MOOT**.

3. Defendant KV Load's Motion to Dismiss (Doc. No. 31) is interpreted to apply to the Second Amended Complaint and is **GRANTED**.

4. The Plaintiffs shall file a Third Amended Complaint, reflecting the rulings in this Order and accompanying Memorandum, no later than December 8, 2017.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE