IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD J. KRAUSS et al.,** | : | |
| *Plaintiffs*, | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **IRIS USA, INC. et al.,** | : | **No. 17-778** |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this 3rd day of May, 2018, upon consideration of Defendant C.H. Robinson's Motion to Dismiss (Doc. No. 58), Plaintiffs' Response in Opposition (Doc. No. 73), C.H. Robinson's Reply in Support (Doc. No. 77), Defendant IRIS USA's Motions for Summary Judgment (Doc. Nos. 74 & 76), Plaintiffs' Responses in Opposition (Doc. Nos. 78 & 79), Defendant C.H. Robinson's Motion to Join in Support of Summary Judgment (Doc. No. 82), Oral Argument held on April 12, 2018 (Doc. No. 84), and the parties' post-argument filings (Doc. Nos. 83, 85, & 86), **it is ORDERED** as follows:

1. Defendant C.H. Robinson's Motion to Dismiss (Doc. No. 58) is **GRANTED in part** and **DENIED in part** as reflected in the accompanying Memorandum.

2. Defendant IRIS USA's Motions for Summary Judgment (Doc. Nos. 74 & 76) are **GRANTED in part** and **DENIED in part** as reflected in the accompanying Memorandum.

3. Defendant C.H. Robinson's Motion to Join in Support of Summary Judgment (Doc. No. 82) is **deemed MOOT**.

4. Counsel for all parties shall appear for a pretrial conference with the Honorable Gene E.K. Pratter on June 26, 2018, at 3:30 PM, in Chambers.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE