# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD J. KRAUSS et al.,** | : | |
| *Plaintiffs*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **IRIS USA, INC. et al.,** | : | No. 17-778 |
| *Defendants*. | : | |

## ORDER

**AND NOW**, this 31st day of July, 2018, upon consideration of the Court's May 3, 2018 Memorandum and Order (Doc. Nos. 88 & 89), Plaintiffs' Motion for Reconsideration (Doc. No. 90), Defendant C.H. Robinson's Response (Doc. No. 94), Plaintiffs' Reply (Doc. No. 95), Plaintiffs' Supplemental Brief in Support (Doc. No. 98), and Defendant C.H. Robinson's Supplemental Brief in Opposition (Doc. No. 99), **it is ORDERED** that the Motion for Reconsideration (Doc. No. 90) is **DENIED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE