IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DONALD J. KRAUSS et al., :
        *Plaintiffs*, : CIVIL ACTION
         :
    v. :
         :
IRIS USA, INC. et al., : No. 17-778
        *Defendants*. :

## O R D E R

**AND NOW**, this 24th day of May, 2019, upon consideration of Defendant IRIS USA, Inc.'s Motion *in Limine* to Preclude Certain Evidence Related to Plaintiff Donald J. Krauss' Damages Claims (Doc. No. 105), IRIS' Motion *in Limine* to Preclude Evidence of Claimed Loss of Income from Harvesting Trees (Doc. No. 106), IRIS' Motion *in Limine* to Preclude Certain Economic Damage Evidence Asserted by Mr. Krauss and Fightback for Autism as Assignees (Doc. No. 107), IRIS' Motion *in Limine* to Preclude the Testimony and Opinions of Plaintiffs' Liability Expert (Doc. No. 108), IRIS' Motion *in Limine* to Preclude Evidence Related to Mr. Krauss' Claim of Negligent Infliction of Emotional Distress (Doc. No. 109), and the plaintiffs' Motion *in Limine* to Preclude IRIS from Offering Evidence at Trial of Mr. Krauss' 1995 Criminal Conviction (Doc. No. 110), and the parties' responses (Doc. Nos. 113, 114, 118, 119, 120, 121, and 128), and following an oral argument, it is **ORDERED** that:

1. IRIS' Motion *in Limine* to Preclude Certain Evidence Related to Plaintiff Donald J. Krauss' Damages Claims (Doc. No. 105) is **GRANTED IN PART AND DENIED IN PART** as set forth in the accompanying memorandum;

2. IRIS' Motion *in Limine* to Preclude Evidence of Claimed Loss of Income from Harvesting Trees (Doc. No. 106) is **GRANTED**;

3. IRIS' Motion *in Limine* to Preclude Certain Economic Damage Evidence Asserted by Mr. Krauss and Fightback for Autism as Assignees (Doc. No. 107) is **GRANTED IN PART AND DENIED IN PART** as set forth in the accompanying memorandum;

4. IRIS' Motion *in Limine* to Preclude the Testimony and Opinions of Plaintiffs' Liability Expert (Doc. No. 108) is **DENIED**;

5. IRIS' Motion *in Limine* to Preclude Evidence Related to Mr. Krauss' Claim of Negligent Infliction of Emotional Distress (Doc. No. 109) is **DEEMED MOOT**; and

6. The plaintiffs' Motion *in Limine* to Preclude IRIS from Offering Evidence at Trial of Mr. Krauss' 1995 Criminal Conviction (Doc. No. 110) is **GRANTED**.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE